IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CARL KOLCUN and<br>RODNEY ADAM HURDSMAN,<br><br>    Plaintiffs<br><br>vs.<br><br>RUSSELL DEER; JIM HEITMEYER,<br>LT. CARGILL; SGT. SOLICE;<br>SGT. CAMBRON; SGT. MESSICK;<br>CORPORAL BLANKENSHIP;<br>OFFICE STEVENS; OFFICER HENRY;<br>OFFICER HEATH; OFFICER LEE;<br>OFFICER FUR; OFFICER CARESEA;<br>and OFFICER WATSON,<br><br>    Defendants | No. CIV-98-157-C |

**FILED**
NOV 2 4 1998
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

DOCKETED

## ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on October 23, 1998. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the complaint is dismissed.

IT IS SO ORDERED this 24 day of November, 1998.

ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

kolcun.R&R.wpd

ENTERED ON JUDGMENT DOCKET ON
NOV 2 4 1998

62